IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| United States of America<br><br>v.<br><br>Burnie Lee Randall | Crim. No. 4:06-cr-00583-TLW-006<br><br>**ORDER** |

This matter is before the Court on Defendant Burnie Lee Randall's motion for early termination of his term of supervised release. ECF No. 996. For the reasons that follow, the Court denies Randall's motion.

Randall was one of nine defendants named in a seven count Indictment filed in the District of South Carolina on May 24, 2006. ECF No. 109. Randall was named in two counts. *Id.* On April 2, 2007, Randall pled guilty to Count One of the Indictment, which charged him with conspiracy to possess with intent to distribute 50 grams or more of cocaine base. ECF No. 310. On January 14, 2008, Randall was sentenced to 180 months imprisonment to be followed by a term of supervised release of 5 years. ECF No. 414. Randall's term of supervised release commenced on May 24, 2019, and is scheduled to expire on May 25, 2024.

Randall has presently moved for the early termination of his remaining term of supervised release. ECF No. 996. A district court may terminate a defendant's term of supervised release if, in the case of a felony, the defendant has completed at least one year of probation and, after considering the § 3553(a) factors, the Court "is satisfied that such action is warranted by the conduct of the defendant released and

the interest of justice." 18 U.S.C. § 3564(c). In support of his request, Randall notes he is "staying out of trouble, maintaining things in my life," and complying with the requirements of the terms of his supervision. ECF No. 996.

While Randall's performance on supervised release has been positive, the Court notes the seriousness of his instant federal conviction—conspiring to distribute cocaine base. According to Randall's Presentence Investigation Report ("PSR"), he was part of a loosely-knit drug trafficking organization that operated in the Little River section of Horry County, South Carolina, which consisted of at least ten individuals. PSR ¶ 12. For this conduct, Randall was held accountable for 384.8 grams of crack cocaine, as well as a firearm he possessed during this conspiracy. *Id.*

Moreover, in addition to the seriousness of the offense of conviction, a review of Randall's criminal history reveals that he has prior convictions for assault with a deadly weapon, possession of a sawed-off shotgun, possession of a pistol by a felon, three counts of driving under suspension, two counts of criminal domestic violence, disorderly conduct, and numerous traffic violations. *Id.* ¶¶ 17–29. After reviewing Randall's motion and the record before it, the Court concludes that the seriousness of the instant offense and Randall's criminal history weigh against terminating his term of supervised release.

At present, Randall has approximately five months of supervised release remaining, as his term of supervised release does not expire until May 2024. For the reasons stated, and after considering the § 3553(a) factors, the Court concludes that

early termination of his term of supervised release is not warranted. Randall's motion for early termination of supervised release, ECF No. 996, is therefore **DENIED**.

IT IS SO ORDERED.

<u>s/ Terry L. Wooten</u>
Terry L. Wooten
Senior United States District Judge

December 29, 2023
Columbia, South Carolina